# THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
OF THE COMMONWEALTH
CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

           Plaintiff

v.

FCA US LLC

           Defendant

## CERTIFICATE OF SERVICE

I, Jacqueline C. Herritt, Esquire hereby certify that I have this 26st day of August 2019, served, via First Class Mail, two (2) true and correct copies of Plaintiff's Motion Pro Hac Voice, to Defendant as listed below:

Cassandra M Gipe, Esq.
Rose Waldorf
501 New Karner road
Albany, NY 12205

KIMMEL & SILVERMAN, P.C.

Jacqueline C. Herritt, Esq. BBO #625081
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
215-540-8888

# THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
OF THE COMMONWEALTH
CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

           Plaintiff

v.

FCA US LLC

           Defendant

## MOTION TO ADMIT JASON L. GRESHES *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to General Laws c. 221, § 46 A and SJC Rule 3:15, Plaintiff moves for the admission of Jason L. Greshes, pro hac vice, on the following grounds:

1. Jason L. Greshes is admitted to practice and is in good standing before the State courts of New Jersey, New York, and Pennsylvania. I have verified Mr. Greshes's active membership and good standing in all of these states.

2. Jason L. Greshes has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, and has appeared in this action.

Dated: July 9, 2019

Respectfully Submitted,

*Jacqueline C. Herritt, Esquire*

# THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
OF THE COMMONWEALTH
CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

            Plaintiff

v.

FCA US LLC

            Defendant

## DECLARATION OF JASON L. GRESHES

I, JASON L. GRESHES, declare as follows:

1. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the State Bars of New Jersey, New York, Pennsylvania, and the Federal District Courts of New York.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never been convicted of any crime.

5. I have reviewed and become familiar with the Local Rules of this court.

6. I currently have an application for admission pending before the bar of this court.

7. A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

8. A Registration Statement Receipt has been received and the fee required under SJC Rule 3:15 has been paid. See Exhibit A.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 9, 2019

Respectfully Submitted,

_____
Jason L. Greshes, Esquire

Please note that ONLY THIS FORM, FILLED OUT ON THE WEBSITE, WILL BE ACCEPTED. Handwritten, annotated, copied, scanned or modified forms will be returned.

Case 1:20-cv-10162-FDS   Document 21-1   Filed 05/04/20   Page 5 of 10

# BOARD OF BAR OVERSEERS

## REGISTRATION STATEMENT FOR *PRO HAC VICE* ATTORNEYS

Attorney name (first MI last, suffix): **Jason L. Greshes**
Email address: jgreshes@lemonlaw.com
Complete Business/Mailing Address:

**Jason L. Greshes**
**30 East Butler Ave**
**Ambler PA**
**19002**

Board of Bar Overseers
Administrative Use Only

Date Received: 6-11-19
Amount Paid: $355.00
Date confirmation mailed: 6-11-19

Business phone: **(267) 468-7631**

Court in which pro hac vice admission is sought: **Middlesex Superior Court**

Contact number for court: **978-453-0201**

Party to be represented: **Thomas Ford**

Docket number of case (if available): **1881CV02563**

RECEIVED
JUN 11 2019
BBO OVERSEERS

Jurisdictions to which you have been admitted: (Use second page for additional jurisdictions.)

| Type | Jurisdiction | License number |
|---|---|---|
| State | New Jersey | 037512001 |
| State | Pennsylvania | 71903 |
| State | New York | 4428066 |
| Federal | USDC for Northern District of New York | 302733 |
| Federal | USDC for Western District of New York | n/a |
| Federal | USDC for Southern District of New York | JG1024 |

I certify that (check one): (☑) the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or (☐) I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.
I certify the information I have supplied the Board of Bar Overseers is true and complete.

*[signature]*

Signature (Please sign inside box above.)    Date: 6/6/19

Sign, print and mail original form to: Board of Bar Overseers, [...] Floor, Boston, MA 02110-2320



PLAINTIFF'S EXHIBIT A

PHC-125

THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                              SUPERIOR COURT
                                              DEPARTMENT OF THE TRIAL COURT
                                                    OF THE COMMONWEALTH
                                              CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

                        Plaintiff

v.

FCA US LLC

                        Defendant

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Jacqueline C. Herritt, Esquire hereby certify that I have this 26st day of August 2019, served, via First Class Mail, two (2) true and correct copies of Plaintiff's Motion Pro Hac Voice, to Defendant as listed below:

Cassandra M Gipe, Esq.
Rose Waldorf
501 New Karner road
Albany, NY 12205

                                        KIMMEL & SILVERMAN, P.C.

                                        Jacqueline C. Herritt, Esq. BBO #625081
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        215-540-8888

# THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
OF THE COMMONWEALTH
CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

     Plaintiff

v.

FCA US LLC

     Defendant

## MOTION TO ADMIT JASON L. GRESHES *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to General Laws c. 221, § 46 A and SJC Rule 3:15, Plaintiff moves for the admission of Jason L. Greshes, pro hac vice, on the following grounds:

1. Jason L. Greshes is admitted to practice and is in good standing before the State courts of New Jersey, New York, and Pennsylvania. I have verified Mr. Greshes's active membership and good standing in all of these states.

2. Jason L. Greshes has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, and has appeared in this action.

Dated: July 9, 2019

Respectfully Submitted,

_____
Jacqueline C. Herritt, Esquire

# THE COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
OF THE COMMONWEALTH
CIVIL ACTION NO: 1881-CV-2563

THOMAS FORD,

                Plaintiff

v.

FCA US LLC

                Defendant

## DECLARATION OF JASON L. GRESHES

I, JASON L. GRESHES, declare as follows:

1. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the State Bars of New Jersey, New York, Pennsylvania, and the Federal District Courts of New York.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never been convicted of any crime.

5. I have reviewed and become familiar with the Local Rules of this court.

6. I currently have an application for admission pending before the bar of this court.

7. A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

8. A Registration Statement Receipt has been received and the fee required under SJC Rule 3:15 has been paid. See Exhibit A.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: July 9, 2019

Respectfully Submitted,

_____
Jason L. Greshes, Esquire

Please note that ONLY THIS FORM, FILLED OUT ON THE WEBSITE, WILL BE ACCEPTED. Handwritten, annotated, copied, scanned or modified forms will be returned.

# BOARD OF BAR OVERSEERS

## REGISTRATION STATEMENT FOR *PRO HAC VICE* ATTORNEYS

Attorney name (first MI last, suffix):   **Jason L. Greshes**
Email address: **jgreshes@lemonlaw.com**
Complete Business/Mailing Address:

    **Jason L. Greshes**
    **30 East Butler Ave**
    **Ambler PA**
    **19002**

| Board of Bar Overseers Administrative Use Only |
|---|
| Date Received: 6-11-19 |
| Amount Paid: $355.00 |
| Date confirmation mailed: 6-11-19 |

Business phone: **(267) 468-7631**

Court in which pro hac vice admission is sought: **Middlesex Superior Court**

Contact number for court:   **978-453-0201**

Party to be represented: **Thomas Ford**

Docket number of case (if available): **1881CV02563**

RECEIVED JUN 11 2019

Jurisdictions to which you have been admitted:   (Use second page for additional jurisdictions.)

| Type | Jurisdiction | License number |
|---|---|---|
| State | New Jersey | 037512001 |
| State | Pennsylvania | 71903 |
| State | New York | 4428066 |
| Federal | USDC for Northern District of New York | 302733 |
| Federal | USDC for Western District of New York | n/a |
| Federal | USDC for Southern District of New York | JG1024 |

I certify that (check one): (☑) the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or (☐) I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.
I certify the information I have supplied the Board of Bar Overseers is true and complete.

Signature (Please sign inside box above.)    Date: 6/6/19

PLAINTIFF'S EXHIBIT A

Sign, print and mail original form to: Board of Bar Overseers, [...] Floor, Boston, MA 02110-2320

PHC-125